[No. 4146–8–III.   Division Three.   February 25, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. BENJAMIN
H. JOY, *Appellant.*

Appeal from a judgment of the Superior Court for Stevens County, No. 22245, B. E. Kohls, J., entered August 12, 1980. *Affirmed* by unpublished opinion per Green, J., concurred in by McInturff, C.J., and Munson, J.

[No. 4308–8–III.   Division Three.   February 25, 1982.]

CORBIN DISTRICT PROPERTY OWNERS ASSOCIATION,
*Appellant,* v. SPOKANE COUNTY BOARD OF
ADJUSTMENT, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 79–2–03525–9, Philip J. Thompson, J., entered November 19, 1980. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Green and Roe, JJ.

[No. 4140–9–III.   Division Three.   February 25, 1982.]

MARY ABROSIMOFF, *Appellant,* v. LOUIS M.
VINGO, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 79–2–04526–2, John J. Ripple, J., entered July 28, 1980. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Green and Munson, JJ.